UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

WILLIAM CARTER,                        )
                                       )
        Plaintiff,                     )
                                       )
             v.                        )        No. 4:05-CV-1992-HEA
                                       )
ALAN BLAKE,                            )
                                       )
        Defendant.                     )

## ORDER AND MEMORANDUM

            This matter is before the Court upon the application of
William Carter for leave to commence this action without payment of
the required filing fee.     *See* 28 U.S.C. § 1915(a).     Upon
consideration of the financial information provided with the
application, the Court finds that plaintiff is financially unable
to pay any portion of the filing fee.     Therefore, plaintiff will be
granted leave to proceed in forma pauperis pursuant to 28 U.S.C. §
1915(a).

            Therefore,

            **IT IS HEREBY ORDERED** that plaintiff's motion for leave to
proceed in forma pauperis [Doc. #1] is **GRANTED.**

            **IT IS FURTHER ORDERED** that the Clerk shall issue process
or cause process to be issued upon the complaint.

            Dated this 6th day of December,  2005

                                    _____
                                    **UNITED STATES DISTRICT JUDGE**